UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JENNIFER L. TREADWAY                                                                                           PLAINTIFF

v.                                     No. 1:07CV000021-BD

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action pursuant to "sentence four" of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 7th day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE